IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CONOCOPHILLIPS COMPANY**                                      **PLAINTIFF**

**VS.**                              **4:08CV00640**

**A/C STORES OIL COMPANY, INC., a/k/a**
**AC STORES OIL COMPANY, INC.,**
**ROBERT G. ALLISON, a/k/a BOB ALLISON,**
**and DEBRA M. ALLISON,**
**a/k/a DEBBIE ALLISON**                                        **DEFENDANTS**

## ORDER

Pursuant to the stipulation for dismissal, docket # 24, Plaintiff's Complaint and the Counterclaim of Defendant A/C Stores Oil Company, Inc. are dismissed with prejudice. The case is removed from the trial docket the week of July 27, 2009. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of March, 2009.

_____
James M. Moody
United States District Judge